979 So.2d 1279 (2008)
STATE ex rel. David Wayne GUILLORY
v.
STATE of Louisiana.
No. 2007-KH-1555.
Supreme Court of Louisiana.
May 2, 2008.
In re Guillory, David Wayne;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Calcasieu, 14th Judicial District Court Div. F, No. 11726-98; to the Court of Appeal, Third Circuit, No. KH 05-00899.
Denied. La.C.Cr.P. art. 930.8; State ex rel Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.